Tyrell Davron ANDERSON,
Plaintiff—Appellant,

v.

Joseph SACCHETT, Defendant—
Appellee.

No. 05–6620.

United States Court of Appeals,
Fourth Circuit.

Submitted June 9, 2005.

Decided June 17, 2005.

Tyrell Davron Anderson, Appellant pro se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Sacchett,* No. CA–05–596–AMD (D. Md. filed Mar. 17, 2005 & entered Mar. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*